FILED
CLERK, U.S. DISTRICT COURT
April 13, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SIONE HAOULI MAOLA,<br><br>Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Respondents. | No. CV 21-00425 SB (E)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Honorable Stanley Blumenfeld Jr.<br>United States District Judge |

1

Pursuant to the Stipulation for Dismissal of Action Without Prejudice filed by the parties on April 8, 2021 [ECF No. 10];

IT IS ORDERED that Judgment be entered dismissing the action without prejudice, each side to bear its own costs, fees, and expenses.

Dated: April 13, 2021

Stanley Blumenfeld Jr.
United States District Judge