FILED
CLERK, U.S. DISTRICT COURT

April 13, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SIONE HAOULI MAOLA,<br><br>Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Respondents. | No. CV 21-00425 SB (E)<br><br>**JUDGMENT**<br><br>Honorable Stanley Blumenfeld Jr.<br>United States District Judge |

Pursuant to the Stipulation for Dismissal of Action Without Prejudice filed by the parties on April 8, 2021 [ECF No. 10];

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: 4/13/21

Stanley Blumenfeld Jr.
United States District Judge

Presented by:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　 /s/ Ryan C. Chapman
Ryan C. Chapman
Assistant United States Attorney

Attorneys for Defendant